UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| HORACE DAVIS, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:22-cv-657 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| FIRST NATIONAL BANK OF AMERICA and | ) | |
| FIRST NATIONAL ACCEPTANCE COMPANY, | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

The Court dismissed this lawsuit, without prejudice, because Plaintiff had not served Defendants more than four months after filing the complaint. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   December 9, 2022                               /s/  Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        United States District Judge